Todd D. Reeves, State Bar No. 189943
The Dunnion Law Firm
2711 Garden Road
Monterey, California 93940
Telephone:    (831) 373-8035
Facsimile:    (831) 375-4124
Email: injurylaw@dunnion.com

Paul Caleo, State Bar No. 153925
Stephen M. Tye, State Bar No. 299326
BURNHAM BROWN
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email: pcaleo@burnhambrown.com
        stye@burnhambrown.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LORING and SARAH LORING, | No. 1:16-cv-00069-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO REQUEST CONTINUANCE OF EXPERT DISCLOSURE DEADLINES** |
| v. | |
| HOME DEPOT U.S.A., INC., aka THE HOME DEPOT; and DOES 1 TO 20, Inclusive, | (Doc. 10) |
| Defendants. | |

The Court, having received and reviewed the parties' Stipulation to Request Continuance of Expert Disclosure Deadlines (Doc. 10), and good cause to modify the Scheduling Order under Fed. R. Civ. P. 16(b)(4) having been shown, it is hereby ORDERED that the deadline for initial expert disclosures is continued from October 31, 2016, to November 30, 2016, and the deadline for rebuttal expert disclosures is continued from November 30, 2016, to January 15, 2017.

This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:   **October 21, 2016**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE