1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| CURTIS LORING and SARAH LORING, | Case No.  1:16-cv-00069-SKO |
| Plaintiffs, | **ORDER DIRECTING THE CLERK TO CLOSE THIS CASE** |
| v. | **(Doc. 15)** |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

9
10
11
12
13
14
15
16
17

18      On April 4, 2017, the parties filed a Joint Stipulation for Dismissal Pursuant to F.R.C.P.

19  41(a)(1), in which the parties stipulate to the dismissal of this action "with prejudice as to all

20  parties." (Doc. 15.)  This stipulation is signed by all parties in this action.  (*See id.*)  Accordingly,

21  this matter has been voluntarily dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

22  The Court therefore DIRECTS the Clerk to close this case.

23
24  IT IS SO ORDERED.

25  Dated:   **April 5, 2017**                    /s/ *Sheila K. Oberto*
26                                        UNITED STATES MAGISTRATE JUDGE
27
28